UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Little Caesar Enterprises Inc, et al.,

                         Plaintiff(s),

v.                                          Case No. 2:23–cv–11771–PDB–KGA
                                            Hon. Paul D. Borman

International Restaurant Group, LLC, et al.,

                         Defendant(s),
_____

## NOTICE OF TELEPHONIC CONFERENCE

   PLEASE TAKE NOTICE that a telephonic conference has been scheduled before Magistrate Judge Kimberly G. Altman as follows:

   • STATUS CONFERENCE:  December 14, 2023 at 10:30 AM

   The conference shall be initiated by PLEASE DIAL: +1 313–261–7355, Phone Conference ID: 629 179 815#.

   If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

   **ADDITIONAL INFORMATION:**    RE: All pretrial referral minus dispositive motions

### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                         By: s/C Ciesla_____
                               Case Manager

Dated:   December 5, 2023