UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LITTLE CAESAR ENTERPRISES INC., *et al.*,

        Plaintiff,

v.

INTERNATIONAL RESTAURANT GROUP, LLC, *et al.*,

        Defendants.
_____/

Case No. 23-cv-11771

Paul D. Borman
United States District Judge

## ORDER DISMISSING ALL CLAIMS IN THIS ACTION WITH PREJUDICE PURSUANT TO THE PARTIES' JOINT STIPULATION OF DISMISSAL (ECF NO. 19)

On January 16, 2024, the parties' filed a Joint Stipulation of Dismissal in which the parties agreed, pursuant to a settlement agreement, to dismiss all claims in this action, with prejudice and without fees or costs. (ECF No. 19).

In accordance with this Joint Stipulation, the Court hereby **ORDERS** that all claims in this action are dismissed, with prejudice. The Court further **ORDERS** that all parties will bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: January 17, 2024

                                        s/ Paul D. Borman
                                        Paul D. Borman
                                        United States District Judge